■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GWENDOLYN RANDOLPH, Appellant.—Appeal by the defendant, as limited by her brief, from a sentence of the County Court, Suffolk County (Seidell, J.), imposed June 3, 1986.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was neither harsh nor excessive. Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.